# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

_John B. Cox_
(Name of Plaintiff)

vs.

_Tracy Johnson_
_Washington Correction Center_
_Department of_
_Corrections._
(Names of ALL Defendants)

**CV-05-5072-EFS**

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

I.   **Previous Lawsuits**

   A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?   ☐ Yes   ☒ No

   B. If your answer to A is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff: _____
      _____

      Defendants: _____
      _____

RECEIVED
JUL 07 2005
CLERK, US DISTRICT COURT
SPOKANE, WASHINGTON

1

(Rev. 03/02)

2. Court (give name of District): _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition  (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):

_____

6. Approximate date of filing lawsuit: _July 2005_____

7. Approximate date of disposition: _____

II    **Place of Present Confinement:** _Washington State Pen._

A. Is there a prisoner grievance procedure available at this institution? ☒ Yes  ☐ No

B. Have you filed any grievances concerning the facts relating to this complaint? ☒ Yes  ☐ No

   If your answer is NO, explain why not: _____

C. Is the grievance process completed? ☒ Yes  ☐ No

D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint? ☒ Yes  ☐ No

   If your answer is NO, explain why not: _____

II    **Parties to this Complaint**

A. Name of Plaintiff: _Cox, John B._     Inmate No.: _801611_

   Address: _13113 W. 13th Ave. Walla Walla, Wa. 99362_

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

2

(Rev. 03/02)

B. Defendant: Tracy Johnson / Washington Correction Center.   Official position: IMU Counselor.
Place of employment: Washington Correction Center

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): Department of Corrections.

IV  **Statement of Claim**

(State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved, including dates, places and other persons involved. <u>Do not give any legal arguments or cite any cases or statutes.</u> If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

On 1/11/05 at about 9:00pm I recieved a letter from my grandfather stating he had been told about (By Tracy Johnson) my incarceration, charges, and Mental Health problem. I later grieved this issue which was later denied as well. I then went one step further and filed a Tort claim it to was denied due to lack of evidence. I have filed another Tort claim, with all evidence copys inclosed. I am also filing this claim as well.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to be Monatoregly compensated in the amount of $3,000,000.00. And all court costs.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1st__ day of __July__, 20 __05__.

_____ #80/611
(Signature of Plaintiff)

(Rev. 03/02)